## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   REGINALD A WHITE | § | Case No.: 08-20336 |
| GWENDOLYN D WHITE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)      The case was filed on 08/04/2008, and was converted to chapter 13 on 09/23/2008.

2)      This case was confirmed on 01/08/2009.

3)      The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/07/2011.

4)      The trustee filed action to remedy default by the debtor in performance under the plan on 01/11/2011, 12/12/2011.

5)      The case was dismissed on 02/23/2012.

6)      Number of months from filing to the last payment:  35

7)      Number of months case was pending:  44

8)      Total value of assets abandoned by court order:  NA

9)      Total value of assets exempted: $     46,000.00

10)     Amount of unsecured claims discharged without payment $        .00

11)     All checks distributed by the trustee to this case have cleared the bank.

UST Form 101-13-FR-S(9/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $    20,100.00 |
| Less amount refunded to debtor | $         .00 |
| **NET RECEIPTS** | $    20,100.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,474.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $    1,293.67 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    4,767.67 |
| Attorney fees paid and disclosed by debtor | $       26.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERZOG & SCHWARTZ PC | OTHER | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | OTHER | NA | NA | NA | .00 | .00 |
| WELLS FARGO HOME MTG | SECURED | 172,551.00 | .00 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 2,500.00 | 5,777.23 | 2,500.00 | 2,191.67 | 221.77 |
| CITIFINANCIAL AUTO | SECURED | 3,539.00 | .00 | 3,277.23 | 175.77 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 9,500.00 | 15,619.28 | 15,619.00 | 7,680.12 | 1,994.38 |
| NATIONAL CAPITAL MGM | UNSECURED | 6,854.00 | .00 | .28 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 500.00 | 418.01 | 418.01 | 345.81 | .00 |
| DELL FINANCIAL SERVI | SECURED | 100.00 | .00 | .00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 679.84 | 927.21 | 927.21 | 49.72 | .00 |
| AFNI INC | UNSECURED | 304.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 2,300.00 | 2,278.52 | 2,278.52 | 122.20 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 1,836.98 | 1,895.75 | 1,895.75 | 88.70 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,963.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS BAN | UNSECURED | 4,600.00 | 4,754.59 | 4,754.59 | 255.00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 1,462.75 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 2,864.04 | 3,110.44 | 3,110.44 | 166.84 | .00 |
| PALISADES COLLECTION | OTHER | NA | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 923.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,004.03 | 5,141.42 | 5,141.42 | 275.76 | .00 |
| BILL ME LATE | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| BLOOMINGDALES | UNSECURED | 434.55 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 541.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 612.29 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 327.58 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| HSBC CARSONS | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CASHCALL IN | UNSECURED | 5,075.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,866.52 | 2,892.66 | 2,892.66 | 155.14 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,809.22 | 4,923.99 | 4,923.99 | 264.09 | .00 |
| PYOD | UNSECURED | 2,800.00 | 2,687.91 | 2,687.91 | 144.15 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1,735.08 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,982.00 | 3,920.68 | 3,920.68 | 210.29 | .00 |
| PYOD | UNSECURED | 719.86 | 738.65 | 738.65 | 34.56 | .00 |
| EAST BAY FUNDING | UNSECURED | 302.55 | 304.53 | 304.53 | 16.32 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,800.00 | 1,630.66 | 1,630.66 | 76.31 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,900.00 | 2,911.15 | 2,911.15 | 156.13 | .00 |
| HOUSEHOLD CREDIT SER | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,176.75 | 2,228.23 | 2,228.23 | 119.51 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 185.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 452.98 | 473.05 | 473.05 | 16.34 | .00 |
| EAST BAY FUNDING | UNSECURED | 680.00 | 681.50 | 681.50 | 31.90 | .00 |
| JUNIPER BANK | UNSECURED | 708.63 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 326.62 | 391.57 | 391.57 | 15.92 | .00 |
| ORCHARD BANK | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 40,000.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,160.81 | 1,131.12 | 1,131.12 | 60.68 | .00 |
| PYOD | UNSECURED | 1,092.00 | 1,130.24 | 1,130.24 | 60.61 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 736.88 | 765.88 | 765.88 | 35.84 | .00 |
| EAST BAY FUNDING | UNSECURED | 463.32 | 468.64 | 468.64 | 16.18 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 6,234.61 | 6,211.76 | 6,211.76 | 333.16 | .00 |
| PYOD | UNSECURED | 350.00 | 429.24 | 429.24 | 17.46 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 8,250.00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 7,930.71 | .00 | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | NA | 1,908.61 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
·===============================================================·
|                                                               |
|  Summary of Disbursements to Creditors:                       |
|                                                               |
|                              Claim        Principal      Int. |
|                              Allowed        Paid         Paid |
|  Secured Payments:                                            |
|        Mortgage Ongoing            .00          .00       .00 |
|        Mortgage Arrearage          .00          .00       .00 |
|        Debt Secured by Vehicle 18,119.00   9,871.79  2,216.15 |
|        All Other Secured          418.01     345.81       .00 |
|  TOTAL SECURED:                18,537.01  10,217.60  2,216.15 |
|                                                               |
|  Priority Unsecured Payments:                                 |
|        Domestic Support Arrearage  .00          .00       .00 |
|        Domestic Support Ongoing    .00          .00       .00 |
|        All Other Priority          .00          .00       .00 |
|  TOTAL PRIORITY:                   .00          .00       .00 |
|                                                               |
|  GENERAL UNSECURED PAYMENTS:   55,306.90    2,898.58      .00 |
·===============================================================·


·===============================================================·
|                                                               |
|  Disbursements:                                               |
|                                                               |
|     Expenses of Administration   $    4,767.67               |
|     Disbursements to Creditors   $   15,332.33               |
|                                                               |
|  TOTAL DISBURSEMENTS:                    $    20,100.00       |
·===============================================================·
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    05/29/2012                    /s/ Tom  Vaughn_____
                                        Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**